**SEALED**

**FILED**
MAR 04 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § § § | **INDICTMENT** |
| VS. | § § | Ct 1: 21 U.S.C. §§ 841(a)(1) & (b)(1)(D) Possession with Intent to Distribute Marihuana |
| OMAR RICHARDSON, | § § | Ct 2: 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm |
| Defendant. | § § § | Ct 3: 18 U.S.C. § 924(c) Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

THE GRAND JURY CHARGES:       **SA20CR0125 FB**

**COUNT ONE**
**[21 U.S.C. §§ 841(a)(1) & (b)(1)(D)]**

On or about August 29, 2019, in the Western District of Texas, Defendant,

**OMAR RICHARDSON,**

did knowingly, intentionally, and unlawfully, possess with intent to distribute a controlled substance, which offense involved less than 50 kilograms of marihuana, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(D).

**COUNT TWO**
**[18 U.S.C. § 922(g)(1)]**

On or about August 29, 2019, in the Western District of Texas, Defendant,

**OMAR RICHARDSON,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Norinco, model AK47S, 7.62 caliber rifle, serial number 6907, and said firearm had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE

### [18 U.S.C. § 924(c)]

On or about August 29, 2019, in the Western District of Texas, Defendant,

**OMAR RICHARDSON,**

did knowingly use and carry a firearm, to wit: a Norinco, model AK47S, 7.62 caliber rifle, serial number 6907, during and in relation to, and did possess said firearm in furtherance of, a drug trafficking crime that may be prosecuted in a court of the United States, that is Possession with Intent to Distribute Marihuana, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(D), as further described in Count One, in violation of Title 18, United States Code, Section 924(c).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
### [*See* Fed. R. Crim. P. 32.2]

This Notice of Demand for Forfeiture includes, but is not limited to, the property listed in Paragraph III below.

### I.
### Drug Violations and Forfeiture Statutes
### [Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2)]

As a result of the criminal violations set forth in Count One the United States of America gives notice to defendant of its intent to seek the forfeiture of the property described below upon conviction pursuant to FED. R. CRIM. P. 32.2 and 21 U.S.C. §§ 853(a)(1) and (2), which states:

> **Title 21 U.S.C. § 853. Criminal forfeitures**
> **(a) Property subject to criminal forfeitures.**
> Any person convicted of a violation of this subchapter or subchapter II of this chapter punishable by imprisonment for more than one year shall forfeit to the United States, irrespective of any provision of State law.--
>> **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;

(2) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation; . . .

## II.
## Firearm Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 922(g)(1) and 924(c), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violations set forth in Counts Two and Three, the United States of America gives notice to the defendant of its intent to seek the forfeiture of the below described properties upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

**Title 18 U.S.C. § 924. Penalties**
(d)(l) Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922, or . . . section 924 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

## III.
## Properties

1. Norinco, model AK47S, 7.62 caliber rifle, serial number 6907; and
2. Any related ammunition and firearm accessories.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY:

BRIAN NOWINSKI
Assistant United States Attorney

3